Filed: 10/3/2019 1:05 PM
Clerk
LaPorte County, Indiana

LaPorte Superior Court 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | LA PORTE SUPERIOR COURT #2 |
| | )SS: | |
| COUNTY OF LA PORTE | ) | |

| | | |
|---|---|---|
| CHARLOTTE M. SCHOFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.   **46D02-1910-CT-002377** |
| | ) | |
| WAL-MART, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Charlotte M. Schoff, by counsel, David P. Jones, of Newby, Lewis, Kaminski & Jones, LLP, for her Complaint against Defendant, Wal-Mart, Inc., Walmart Store #2276 and alleges and states as follows:

1.    On October 7, 2017, Plaintiff, Charlotte M. Schoff, was on the premises of Defendant, Wal-Mart, Inc., Wal-Mart Store #2276, located at 333 Boyd Blvd., La Porte, La Porte County, Indiana.

2.    On that date, Plaintiff, Charlotte M. Schoff, was riding a motorized wheelchair which was the property of Wal-Mart, Inc., when the back of the wheelchair broke off and resulted in her falling to the floor.

3.    This incident was a responsible result of Defendant, Wal-Mart, Inc., and its agents' and/or employees' carelessness and negligence by failing to inspect and maintain the property in a safe condition for their customers, failing to warn customers of a latent dangerous condition, and failing to remove a latent dangerous condition from the premises.

Exhibit C

4.     As a result of the Defendant's negligence Plaintiff, Charlotte M. Schoff, sustained physical injuries which will be permanent and continues to suffer physical and mental pain.

5.     The Plaintiff, Charlotte M. Schoff, incurred hospital and medical expenses and may incur such expenses in the future, as well as the loss of a whole and useful life.

6.     As a direct and proximate result of the incident above-described, Plaintiff, Charlotte M. Schoff, suffered personal injuries, incurred medical expense, endured physical pain and mental suffering, and has suffered other damages.

7.     Plaintiff is entitled to judgment against Defendant in an amount adequate to fully compensate Plaintiff for all damages and injuries she has suffered on account of the above described incident.

WHEREFORE, Plaintiff prays for judgment against Defendant in an amount adequate to fully compensate Plaintiff for all losses and damages she has suffered together with costs of this action, and all other just and proper relief in the premises.

Respectfully submitted.

**NEWBY, LEWIS, KAMINSKI & JONES, LLP.**

/s/David P. Jones
David P. Jones, Esq. #17393-64
916 Lincolnway, P.O. Box 1816
La Porte, IN 46350
Telephone: (219) 362-1577
Facsimile: (219) 362-2106
Email: dpjones@nlkj.com
*Attorney for the Plaintiff, Charlotte Schoff*

## JURY DEMAND

Plaintiff, by counsel, now demands trial by jury as to all issues.

Respectfully submitted.

**NEWBY, LEWIS, KAMINSKI & JONES, LLP.**

/s/David P. Jones
David P. Jones, Esq. #17393-64
916 Lincolnway, P.O. Box 1816
La Porte, IN 46350
Telephone:  (219) 362-1577
Facsimile:  (219) 362-2106
Email:  dpjones@nlkj.com
*Attorney for the Plaintiff, Charlotte Schoff*